UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                        Plaintiff,

   -v-

SHARESTATES, INC., et al.,

                        Defendants.

CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is set for **Wednesday, September 4, 2024 at 4:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
            August 27, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**