UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                      Plaintiff,

  -v-

SHARESTATES, INC., et al.,

                      Defendants.

CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred for general pretrial supervision and settlement. (ECF No. 36). Accordingly, a telephone conference to discuss Plaintiff's discovery disputes (ECF No. 35) is scheduled for **Wednesday, March 19, 2025 at 4:30 p.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 129 800 781#, at the scheduled time.

Dated:      New York, New York
             March 13, 2025

                                                SO ORDERED.

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**