UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                         Plaintiff,

-v-                                      CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

SHARESTATES, INC., et al.,                     **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 19, 2025, Plaintiff's requests (ECF No. 35) are **GRANTED** as follows:

1. On or before **March 24, 2025**, Defendants shall deliver to Plaintiff prospective dates before May 9, 2025 to depose Allen Shayanfekr and Jason Chapnik.

2. On or before **March 24, 2025**, Defendants' counsel shall submit to the Court via email to Cave_NYSDChambers@nysd.uscourts.gov, Documents 3, 5, 6, 7, 8, 9, 11, 12, 13, 15, 18, and 19 listed on Defendants' privilege log for in camera inspection. (See ECF No. 35-2 at 6–10).

3. On or before **April 11, 2025**, Defendants' counsel shall file a letter responding to Plaintiff's arguments concerning waiver of the attorney-client privilege. (See ECF No. 35 at 5). On or before **April 15, 2025**, Plaintiff may file a reply letter of not more than two (2) pages.

4. On or before **April 11, 2025**, Defendants shall produce to Plaintiff Defendants' employment evaluation(s) for Plaintiff, or, if Defendants are unable to locate the

evaluation(s), provide a declaration from a person with knowledge attesting to the efforts undertaken to search for them.

The Clerk of Court is respectfully directed to close ECF No. 35.

Dated:   New York, New York
         March 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2