UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

SHARESTATES, INC., et al.,                      **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

After review of Defendants' letter setting forth deposition dates in April and May 2025, and considering the discussion during the March 19, 2025 telephone conference, the deadline for the parties to complete fact discovery is **EXTENDED** up to and including **May 9, 2025**. (ECF Nos. 38; 39; ECF min. entry Mar. 19, 2025). On or before **May 14, 2025**, the parties shall file a joint letter certifying the completion of fact discovery. **No further extensions to the fact discovery deadline will be granted absent extraordinary cause.**

The deadlines set forth in the March 20, 2025 Order remain unchanged. (See ECF No. 38).

Dated:      New York, New York
             March 25, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge