UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                        Plaintiff,

    -v-                                       CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

SHARESTATES, INC., et al.,              **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The current deadline to complete discovery in this case is June 23, 2025. (ECF No. 52). Now, on the eve of discovery's end, Defendants seek an additional twelve weeks to complete discovery because they have elected to substitute counsel. (ECF No. 57 (the "Application")). Throughout the case, the parties have sought discovery extensions with impunity, even after the Court instructed them that "[n]o further extensions to the fact discovery deadline will be granted absent extraordinary cause[,]" which seemingly had no effect. (ECF No. 40). In fact, the Application marks the **sixth** request for a discovery extension in this action, which comes about **seven months** after the parties' original discovery deadline, and nearly **twelve months** since discovery started. (See ECF Nos. 22; 29; 34; 40; 44; 52). Search for Defendants' explanation in support of the Application and find only that they need it because at least five depositions still must be taken—"and additional depositions may be necessary following a complete review of the record." (ECF No. 57 at 2). Put another way, Defendants seek more time because the work is still not done almost a year on.

Although new counsel will receive a small measure of grace to acquaint themselves with this case, granting a full three more months of discovery smacks of impertinence at this late stage. Defendants' new counsel advised that they "are fully committed to moving expeditiously and will aim to complete depositions" ahead of schedule, and the Court will hold both Defendants and Plaintiff to that commitment. (Id.)

Accordingly, it is ORDERED that:

1. Defendants' request for an extension of time to complete discovery (ECF No. 57) is **reluctantly GRANTED in part**. The deadline to complete fact discovery is **EXTENDED** up to and including **August 15, 2025**. On or before **August 20, 2025**, the parties shall file a joint letter certifying the completion of fact discovery. The parties are admonished to use their time wisely because yet another request for extension of discovery will be looked on with staunch disfavor.

2. Plaintiff's letter-motion to compel is therefore **DENIED as moot**. (See ECF Nos. 53; 56). On or before **June 27, 2025**, the parties shall file a joint letter setting forth the status of scheduling depositions.

3. An **in-person** status conference is scheduled for **Monday, July 21, 2025, at 3:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully directed to close ECF Nos. 53 & 57.

Dated:   New York, New York
         June 9, 2025                       SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**

2