UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                Plaintiff,

  -v-                                      CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

SHARESTATES, INC., et al.,                  **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person status conference held today, July 21, 2025, on or before **August 20, 2025**, the parties are ORDERED to file a joint letter: (i) certifying the completion of fact discovery (ECF No. 60); (ii) advising the Court whether another Settlement Conference would be productive; (iii) if applicable, setting forth a proposed summary judgment briefing schedule; and (iv) certifying whether this case is ready for trial.

Dated:      New York, New York
              July 21, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**