UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                Plaintiff,

-v-

SHARESTATES, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1060 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on September 17, 2025, on or before **September 26, 2025**, the parties shall file a joint letter advising the Court whether the parties were able to resolve Defendants' motion to compel Plaintiff to produce and testify about a severance agreement with his former employer (see Dkt. Nos. 65 (the "Motion"); 63–64; 66) or if the parties require the Court to rule on the Motion.

Dated:        New York, New York
               September 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**