UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 24 Civ. 1060 (LAP) (SLC)

SHARESTATES, INC., et al.,               **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has now been transferred to the Honorable Loretta A. Preska. (Dkt. Entry dated Nov. 5, 2025). Consistent with the Court's instructions at the conclusion of the parties' settlement conference on October 28, 2025, which did not result in a settlement, on or before **December 2, 2025**, the parties shall file a joint letter addressed to Judge Preska either (i) proposing a schedule for summary judgment, (ii) requesting a final pretrial conference and trial date, or (iii) otherwise proposing how the action should move forward.

Dated:      New York, New York
             November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge