UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHAN LECCESE,

                Plaintiff,

-against-

SHARESTATES, INC.

                Defendant.

24-CV-1060

ORDER

---

LORETTA A. PRESKA, United States District Judge:

    On August 26, 2024, this case was referred by Judge Rearden to a magistrate judge for general pretrial matters. See Dkt. No. 36. The case has since been reassigned to this Court. Per this Court's individual practice, all matters shall proceed before this Court unless the Court refers a specific matter to a magistrate judge.

    The Clerk of the Court is directed to withdraw the standing referral order at Dkt. No. 36.

**SO ORDERED.**

Dated:    New York, New York
           January 5, 2026

*Loretta A. Preska*
LORETTA A. PRESKA
United States District Judge