UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LECCESE,<br>Plaintiff,<br><br>-against-<br><br>SHARESTATES, INC. and<br>SHARESTATES LLC,<br>Defendants. | 24-CV-1060<br><br>ORDER |

The parties shall appear for a Microsoft Teams teleconference on September 28, 2026 at 11:30 AM to address any outstanding discovery disputes and set a trial date.

By September 23, 2026, the parties shall submit to the Court a joint letter summarizing any disputes and each party's competing position on each. The parties shall also provide all attendees' emails for the Teams conference.

**SO ORDERED.**

Dated: New York, New York
September 8, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge