PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569 Tel: 212-421-4100 Fax: 212-326-0806 pryorcashman.com

**Lara Kasten Hoffman**
Counsel

Direct Tel: 212-326-0837
Direct Fax: 212-326-0806
LHoffman@pryorcashman.com

September 10, 2026

**VIA ECF FILING**

Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Stephen Leccese v. Sharestates, Inc., et al*: 24-CV-1060 (LAP) (Request for Adjournment)**

Dear Judge Preska:

This firm represents Defendant Sharestates, Inc.[1] in the above-referenced case. We write jointly with counsel for Plaintiff Stephen Leccese to request a short adjournment of the preliminary conference scheduled for September 28, 2026 at 11:30 AM due to counsels' joint unavailability. Specifically, counsel for Plaintiff will be out of the country until October 2, and I will be engaged in trial intermittently throughout September and October.

We therefore jointly propose for Your Honor's consideration the following dates for the rescheduled conference

- October 12
- October 13 (in the afternoon)

[1] The other named defendant, Sharestates LLC, is an inactive entity, which has been replaced by Sharestates, Inc. Accordingly, Sharestates LLC is an improper defendant in this matter and has not been served.

PRYOR CASHMAN LLP



- October 14
- October 15
- October 16 (in the afternoon)

If the Court would like the Parties to provide any additional dates, or requires any further information, we are of course happy to do so. We thank the Court for its consideration.

Respectfully,

Lara Kasten Hoffman

Cc: Scott A. Korenbaum, Esq.

The conference is adjourned to October 14, 2026 at 10:30 AM. The parties' pre-conference letter deadline is adjourned to five days before the conference.

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

September 15, 2026