UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHAN LECCESE,

Plaintiff,

v.

SHARESTATES, INC.,

Defendants.

No. 24 CV 1060 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

At the conference held yesterday it was agreed that 1) Plaintiff withdraws his labor law § 740 claim; 2) Defendants will not move for summary judgment; 3) trial will commence on January 25, 2027, at 10:00 A.M. in courtroom 12A at 500 Pearl Street, New York, NY 10007; 4) counsel shall file their witness list, exhibit list, and objections to exhibits no later than January 7, 2027; 5) counsel shall confer and inform the Court whether they will be filing motions in limine, and if so, the proposed schedule for filing; and 6) counsel shall file proposed voir dire questions and proposed request to charge no later than January 18, 2027.

**SO ORDERED.**

Dated: October 15, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge