UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LECCESE,
Plaintiff,

-against-

SHARESTATES, INC. and SHARESTATES LLC,
Defendants.

24-CV-1060

ORDER

Before the Court are Plaintiff’s objections to Judge Cave’s discovery order. (Dkt. 47.) The objections are OVERRULED. For an at-issue waiver to occur, "a party must rely on privileged advice from his counsel to make his claim or defense." In re Cnty. of Erie, 546 F.3d 222, 229 (2d Cir. 2008). Although Sharestates cites the underlying complaints as a basis for Plaintiff's termination, the Court sees no indication in the record that Sharestates has placed at issue the redacted legal advice that followed those complaints. If Sharestates makes arguments at trial suggesting that consultation with counsel played a role in Plaintiff's termination, then the Court may revisit its ruling and require production of the unredacted documents.

**SO ORDERED.**

Dated: New York, New York
October 23, 2026

LORETTA A. PRESKA
Senior United States District Judge